UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80064-CR-SMITH/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRANK STANZIONE,

    Defendant.
_____/

**D**EFENDANT'S SUPPLEMENT TO REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO DISMISS
<u>INDICTMENT FOR SELECTIVE PROSECUTION</u>

The Defendant, Frank Stanzione, through counsel and pursuant to the First Amendment and Federal Rule of Criminal Procedure 12(b)(3)(A), files the following Supplement to his reply [DE:17] to the government's response [DE:16] to his previously filed motion to dismiss the indictment in this case as a matter of law. In supplement to his reply thereof, the Defendant states the following:

On December 23, 2016, Kevin Krohn was arrested in the Southern District of Florida for threatening President Elect Donald Trump. He was accused of violating 18 U.S.C. § 871(a) and 18 U.S.C. § 879(a)(2) for threatening the life of, or inflicting great bodily harm upon the President-elect. *United States v. Krohn,* 16-06531-MJ-BSS [DE:1]. The government sought pre-trial detention without bond for Krohn, which was granted by the Court.

It was alleged by the government that the prior day (December 22, 2016), Krohn had posted on his account on Facebook "in a thread of comments related to [President] Trump's ongoing visit to Palm Beach, Florida" a "threat" which "read: "I'm just glad Obama didn't take [all] our gunz! I see a good use for one now" above an image of [President] Trump which read,' 'He's not my president/He's an enemy of the state." An additional comment made by Facebook user KROHN stated, "The EXPEDITER of Trump! He will never last long!" above an image of a camouflaged man holding a scoped sniper rifle. Another Facebook user replied, "WTF does that mean?' 'to which Facebook user KROHN replied, "Keep yer eyes open!" *United States v. Krohn,* 16-06531-MJ-BSS [DE:1].

Krohn was visited by U.S. Secret Service Agents at his home in Broward County at which time he "declared any statements he made were an expression of his First Amendment Rights." Id. Krohn was asked by law enforcement if he had made threatening comments towards President Trump "at which time he became further confrontational, began pacing in the yard, and in a loud voice said, "Well then arrest me." After multiple failed attempts to calm KROHN, KROHN was restrained and placed in the back of a PPPD vehicle." A post-arrest frisk of Krohn by law enforcement "revealed he possessed a retractable knife in his pocket." Id.

After rejecting multiple pre-indictment plea offers from the government (including an option of possible pre-trial diversion), the U.S. Attorney's Office for the Southern District of Florida dismissed the case against Krohn. *United States v.*

*Krohn,* 16-06531-MJ-BSS [DE:9]. Krohn had remained incarcerated/detained until dismissal.

Krohn was a heterosexual male who was living with his girlfriend at the time of the incident. She was interviewed by law enforcement at the time of his arrest. *United States v. Krohn,* 16-06531-MJ-BSS [DE:1]. The Defendant supplements the record of disparate treatment by reference to the government's actions in the Krohn case.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:   s/ *Jan C. Smith, II*
Assistant Federal Public Defender
Florida Bar No. 0117341
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301-1842
Tel: 954-356-7436
Fax: 954-356-7556
E-Mail: Jan_Smith@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on July 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ *Jan C. Smith, II* AFPD