UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80064-CR-SMITH/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRANK STANZIONE,

    Defendant.

_____/

### DEFENDANT'S FOURTH SUPPLEMENT TO MOTION TO DISMISS FOR SELECTIVE PROSECUTION

The Defendant, Frank Stanzione, through counsel, files this Motion to Dismiss for Selective Prosecution [DE:14] pursuant to Rule 12(b)(3)(A) of the Federal Rules of Criminal procedure, in this case. In supplement thereof, the Defendant states the following:

Two additional multiple threat prosecutions involving threats to members of Congress have come to undersigned counsel's attention. In 19-CR-80221-DMM, Michael Shapiro was charged in a four count indictment with three violations of 18 U.S.C. § 875(c), and one count of retaliating against a federal officer in violation of 18 U.S.C. § 115(a)(1)(B). The defendant therein was alleged to have made approximately 12 threatening calls to members of Congress. Shapiro pled guilty to one count of

violating § 875(c) and was sentenced pursuant to a joint recommendation by the parties to a downward variance of 3-years of probation.

In December of 2023, Mr. Shapiro was arrested again, for allegedly making five calls to threaten a member of Congress. He was indicted for one count of violating § 875(c) in case number 24-CR-80007-DMM. That case remains pending.

In December, 2023, television actor John Schneider posted a statement on Twitter (now "X") threatening President Joe Biden, and his son, Hunter Biden. Schneider wrote and posted on the electronic media account: "Mr President, I believe you are guilty of treason and should be publicly hung,"… Your son too. Your response is..? Sincerely, John Schneider."   [https://www.theguardian.com/us-news/2023/dec/21/dukes-hazzard-actor-john-schneider-biden-execution](https://www.theguardian.com/us-news/2023/dec/21/dukes-hazzard-actor-john-schneider-biden-execution)   (Last accessed January 22, 2024). The article provided that an anonymous source indicated that the United States Secret Service is investigating the actor for the post. Schneider has not been arrested or charged for transmitting an interstate threat or threatening the president under 18 U.S.C. § 871 or 875(c).

WHEREFORE, the Defendant moves this Court to find that this prosecution is unusual, in that the overwhelming majority of others with similar conduct have not been prosecuted for this conduct, and in such cases have only been prosecuted for multiple communications, or pursuant to a less-significant misdemeanor statute, and that this prosecution is based upon the exercise of a Constitutional right to free speech, and dismiss this case.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:   s/ *Jan C. Smith, II*
     Assistant Federal Public Defender
     Florida Bar No. 0117341
     One East Broward Boulevard, Suite 1100
     Fort Lauderdale, Florida 33301-1842
     Tel: 954-356-7436
     Fax: 954-356-7556
     E-Mail: Jan_Smith@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on January 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ *Jan C. Smith, II* AFPD