✎ AO187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **EXHIBIT LIST** |
|---|---|
| V. | Case Number:  23-80064-CR-SMITH |
| FRANK STANZIONE | |

| PRESIDING JUDGE<br>Honorable Rodney Smith | PLAINTIFF'S ATTORNEY<br>Mark Dispoto, Joseph Wheeler | DEFENDANT'S ATTORNEY<br>Jan C. Smith, II |
|---|---|---|
| HEARING DATE(S)<br>May 22, 2024 | COURT REPORTER<br>Patricia Bailey-Entin | COURTROOM DEPUTY<br>Patricia Mitchell |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | AAAA | 05/22/24 | | X | USA v. Michael Shapiro- Criminal Complaint |
| | BBBB | 05/22/24 | | X | USA v. Michael Shapiro- Plea Agreement |
| | CCCC | 05/22/24 | | X | USA v. Allan Poller- Govt's Sentencing Memo |
| | DDDD | 05/22/24 | | X | USA v. Allan Poller- Indictment |
| | EEEE | 05/22/24 | | X | Frank Stanzione- Psychiatric Note from Dr. Gobar dated Feb. 6, 2023 (sealed) |
| | FFFF | 05/22/24 | | X | Frank Stanzione- Psychiatric Note from Dr. Gobar dated Feb. 20, 2023 (sealed) |
| | GGGG | 05/22/24 | | X | Frank Stanzione- Psychiatric Note from Dr. Gobar dated Mar. 6, 2023 (sealed) |
| | HHHH | 05/22/24 | | X | Frank Stanzione- Psychiatric Note from Dr. Gobar dated Mar. 21, 2023 (sealed) |
| | IIII | 05/22/24 | | X | Frank Stanzione- Psychiatric Note from Dr. Gobar dated Apr. 3 2023 (sealed) |
| | JJJJ | 05/22/24 | | X | Frank Stanzione- Psychiatric Note from Dr. Gobar dated Apr. 7 2023 (sealed) |
| | KKKK | 05/22/24 | | X | Frank Stanzione- Psychiatric Note from Dr. Gobar dated Apr. 26, 2023 (sealed) |
| | LLLL | 05/22/24 | | X | Frank Stanzione- Psychiatric Note from Dr. Gobar dated May 1, 2023 (sealed) |
| | MMMM | 05/22/24 | | X | Frank Stanzione- Psychiatric Note from Dr. Gobar dated Jan. 23. 2023 (sealed) |
| | NNNN | 05/22/24 | | X | Frank Stanzione- Psychiatric Note from Dr. Gobar dated Dec. 5. 2022 (sealed) |
| | OOOO | 05/22/24 | | X | Frank Stanzione- Psychiatric Note from Dr. Gobar dated Jan. 6, 2023 (sealed) |
| | PPPP | 05/22/24 | | X | Email from Gabrielle Lipsky |
| | QQQQ | 05/22/24 | | X | Email between AFPD & AUSA |
| | XX | 05/22/24 | | X | Transcript of Frank Stanzione's Recorded Interview |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.